FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0066

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0066

IN THE MATTER OF

K.E.R.,

A Youth in Need of Care.

**GRANT OF EXTENSION OF TIME**

Upon consideration of the Appellant's Motion for Extension of Time, and good cause appearing therefore, the Appellant is granted an extension of time until May 19, 2021, to prepare, serve, and file the Opening Brief.

No further extension will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021

Grant of Extension of Time

PAGE 1